## SMITH *v.* CROUSE, WARDEN.

No. 915, Misc.   Decided June 22, 1964.

Petitioner *pro se.*

*William M. Ferguson,* Attorney General of Kansas, and *J. Richard Foth,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is reversed.   *Douglas* v. *California,* 372 U. S. 353.

MR. JUSTICE HARLAN, dissenting.

In my opinion the question whether *Douglas* v. *California,* 372 U. S. 353, should be given retroactive application is deserving of plenary consideration.   Cf. my dissenting opinion in *LaVallee* v. *Durocher,* 377 U. S. 998.